United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 25-01786-MJC
Ryan Joshua Rouse  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: admin    Page 1 of 2
Date Rcvd: Oct 10, 2025    Form ID: 318    Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Joshua Rouse, 112 Simerson Rd., Elmhurst Township, PA 18444-8559 |
| 5722442 | + | A.L.F. Family Dentistry, 1020 N. Irving AVE, scranton , PA 18510-1393 |
| 5722447 | + | Ilana Zion, Esq., RAS LaVrar, LLC, 425 Commerce Dr, Suite 150, Fort Washington, PA 19034-2727 |
| 5722449 | + | Michael R Lipinski, Esq., RAS LaVrar, LLC, 425 Commerce Dr, Suite 150, Fort Washington, PA 19034-2727 |
| 5722452 | + | Sean P. Stevens, Esq., RAS LaVrar, LLC, 425 Commerce Dr, Suite 150, Fort Washington, PA 19034-2727 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5722443 | | EDI: CITICORP | Oct 10 2025 22:38:00 | Citibank NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 5722444 | | EDI: CITICORP | Oct 10 2025 22:38:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5722445 | + | Email/Text: mediamanagers@clientservices.com | Oct 10 2025 18:39:00 | Client Services Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 5722446 | + | EDI: DISCOVER | Oct 10 2025 22:38:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5722448 | + | EDI: JPMORGANCHASE | Oct 10 2025 22:38:00 | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5722450 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 10 2025 18:39:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5722451 | | Email/Text: bknotice@raslavrar.com | Oct 10 2025 18:39:00 | RAS LaVrar, LLC, 425 Commerce Dr Ste 150, Fort Washington, PA 19034-2727 |
| 5722453 | + | EDI: SYNC | Oct 10 2025 22:38:00 | Synchrony Bank/Ebay, PO Box 71737, Philadelphia, PA 19176-1737 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Ryan Joshua Rouse usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ryan Joshua Rouse<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4944<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:25–bk–01786–MJC

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ryan Joshua Rouse
aka Ryan J Rouse, aka Ryan Rouse

10/10/25

**By the court:**   _/s/ Mark J. Conway_

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**